Dismissed and Memorandum Opinion filed April 7, 2005









Dismissed and Memorandum Opinion filed April 7, 2005.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-04-01052-CR

____________

 

LONNIE ALVIN EDWARDS, JR., Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the
179th District Court

Harris County,
Texas

Trial Court Cause No. 978,035

 



 

M E M O R A N D U M   O P I N I O N

Appellant entered a guilty plea to the offense of murder,
without an agreed recommendation from the State as to punishment.  The trial court sentenced appellant on
October 25, 2004, to confinement for 40 years in the Institutional Division of
the Texas Department of Criminal Justice and assessed a $10,000 fine.  Appellant filed a pro se notice of
appeal.  Because appellant has no right
to appeal, we dismiss.  








The trial court entered a certification of the defendant=s right to appeal in which the court
certified that appellant waived the right of appeal.  See Tex.
R. App. P. 25.2(a)(2).  The trial
court=s certification is included in the
record on appeal.  See Tex. R. App. P. 25.2(d).  The reporter=s record indicates that appellant
agreed, on the record, to waive the right of appeal.

Accordingly, we dismiss the appeal.  

 

 

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed April 7, 2005.

Panel consists of Justices Yates,
Anderson, and Hudson.

Do Not Publish C Tex. R. App.
P. 47.2(b).